UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENNIS JONES,<br><br>        Plaintiff,<br><br>  vs.<br><br>GOVERNOR GREGOIRE, HAROLD CLARKE, MAGGIE MILLER, and STAFF COUNSELOR SCHAEFFER,<br><br>        Defendants. | NO. CV-07-157-CI<br><br>ORDER GRANTING MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE, GRANTING MOTION REGARDING FILING FEE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

BEFORE THE COURT is Plaintiff Dennis Jones's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 11) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

Plaintiff also filed a Motion and Affidavit to waive collection of the remaining balance of the filing fee in this action. For good cause shown, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 10) is **GRANTED** and the institution having custody of Mr. Jones shall cease collection of the filing fee in this action, cause number **CV-07-157-CI.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file. The District Court

ORDER GRANTING MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE -- 1

Executive is further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate agency having custody of Plaintiff.  The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

DATED July 30, 2007.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE -- 2