AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Jones

                                                        JUDGMENT IN A CIVIL CASE

                              v.

Gregoire, et al

                                                        CASE NUMBER: CV-07-157-CI

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED  The Plaintiff's Motion for Voluntary Dismissal is GRANTED. The Complaint is DISMISSED Without Prejudice, Judgment Entered and File Closed.

07/30/07                                              JAMES R. LARSEN
*Date*                                                *Clerk*
                                                      s/ Vikki Johnson
                                                      *(By) Deputy Clerk*
                                                      Vikki Johnson